UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DEBORAH LOWERY,

                                Plaintiff,

          v.

FIRE TALK LLC,

                               Defendant.

**MEMORANDUM AND ORDER**

19-CV-03737 (LDH) (RER)

---

LaSHANN DeARCY HALL, United States District Judge:

      On June 29, 2020, United States Magistrate Judge Ramon E. Reyes, Jr. issued a Report and Recommendation recommending that this Court grant Plaintiff's motion for default judgment, in part, and award Plaintiff $750.00 in statutory damages; $600.00 in attorney's fees; and $400.00 in costs against Defendant. The parties were given until July 13, 2020, to file objections to the Report and Recommendation. No objections have been filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001)). The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Reyes' Report and Recommendation in its entirety as the opinion of the Court. Accordingly, Plaintiff's motion for default judgment is hereby GRANTED, in part.

                                                            SO ORDERED:

Dated: Brooklyn, New York                /s/ LDH
       September 10, 2020                  LaSHANN DeARCY HALL
                                               United States District Judge